### COMPTON v. BOWNS.

(Common Pleas of New York City and County, General Term. December 4, 1893.)

APPEAL—TO COURT OF APPEALS—MOTION FOR LEAVE.
The court of common pleas has no jurisdiction to entertain a motion for leave to appeal to the court of appeals in a case appealed from the city court where, before notice of the motion, the remittitur from the common pleas was filed in the city court, an order entered making the judgment of the common pleas the judgment of the city court, and the cause set for trial.

Motion by plaintiff (respondent) for leave to appeal to the court of appeals. Denied.

For report of decision on appeal from the city court, see 25 N. Y. Supp. 465.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

Hyland & Zabriskie, for the motion.
Putney, Bishop & Slade, opposed.

PER CURIAM. The remittitur having been filed in the city court, an order entered, making the judgment of this court the judgment of that, and the cause set for trial, all prior to the notice of motion, we have no jurisdiction to entertain the motion. Thompson v. Kearney, 14 Daly, 436. Motion denied, with costs.